**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

U.S. Securities and Exchange Commission

vs.                                    Case No.:    5:26-cv-3953

Sanders Family Office, LLC, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Brian Lechich , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas pro hac vice to represent Plaintiff in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

    U. S. Securities and Exchange Commission with offices at:

    Mailing address:  801 Brickell Avenue, Suite 1950

    City. State, Zip Code:  Miami, FL 33131

    Telephone:  305-982-6300          Facsimile:  703-813-9372

2.  Since  09/23/2010 , Applicant has been and presently is a

    member of and in good standing with the Bar of the State of Florida .

    Applicant's bar license number is 84419 .

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | N.D. Florida | 03/13/2026 |
    | M.D. Florida | 09/08/2023 |
    | S.D. Florida | 02/22/2011 |

4.  Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.  I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Melissa Armstrong

Mailing address:  100 F Street NE

City, State, Zip Code:  Washington, DC 20549

Telephone:  202-551-4724

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Brian Lechich                          to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian Lechich
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the  23  day of  June            ,  2026  .

Brian Lechich
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

U.S. Securities and Exchange Commission

vs.                                                          Case No.:    5:26-cv-3953

Sanders Family Office, LLC, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by ___Brian Lechich_____, counsel for

_Plaintiff_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Brian Lechich_____ may appear on behalf of _Plaintiff_____

in the above case.

IT IS FURTHER ORDERED that _Brian Lechich_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _June_____, 20_____.


_____

UNITED STATES DISTRICT JUDGE